1  McGREGOR W. SCOTT
   United States Attorney
2  MICHAEL G. TIERNEY
   Assistant U.S. Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
     UNITED STATES OF AMERICA
7

8                           UNITED STATES DISTRICT COURT

9                           EASTERN DISTRICT OF CALIFORNIA

10

| UNITED STATES OF AMERICA, | Case No. 1:18-po-00370-SAB |
|---|---|
| Plaintiff, | [Citation #7418604CA/74] |
| v. | MOTION AND ORDER FOR DISMISSAL |
| PAULETTE J. ROSENBERG, | |
| Defendant. | |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Michael G. Tierney, Assistant United States Attorney, hereby moves to dismiss Case No. 1:18-po-00370-SAB [Citation #7418604CA/74] against PAULETTE J. ROSENBERG without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: January 3, 2019                Respectfully submitted,

                                      McGREGOR W. SCOTT
                                      United States Attorney

                                By:   /s/ Michael G. Tierney
                                      MICHAEL G. TIERNEY
                                      Assistant U.S. Attorney

1

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:18-po-00370-SAB [Citation #7418604CA/74] against PAULETTE J. ROSENBERG be dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: __**January 4, 2019**__

UNITED STATES MAGISTRATE JUDGE